UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                          §
                                                §
SCOTT, JULIE K                                  §        Case No. 08-19442 ERW
                                                §
                          Debtor(s)             §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter    of the United States Bankruptcy Code was filed on
    .  The undersigned trustee was appointed on               .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                      $

        Funds were disbursed in the following amounts:

        Payments made under an interim
        disbursement
        Administrative expenses
        Other payments to creditors
        Non-estate funds paid to 3rd Parties
        Exemptions paid to the debtor
        Other payments to the debtor

        Leaving a balance on hand of[1]                 $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                    and the deadline for filing governmental claims was                    . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $            . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $            , for a total compensation of $        $^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $       , and now requests reimbursement for expenses of $           , for total expenses of $          .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date:_____      By:/s/RONALD R. PETERSON_____
                                                                Trustee



**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:    1

Exhibit A

| Case No: | 08-19442 | Judge: EUGENE R. WEDOFF |
|---|---|---|
| Case Name: | SCOTT, JULIE K | |

For Period Ending:  07/07/11

| Trustee Name: | RONALD R. PETERSON |
|---|---|
| Date Filed (f) or Converted (c): | 07/29/08 (f) |
| 341(a) Meeting Date: | 09/02/08 |
| Claims Bar Date: | 12/08/08 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Checking account | 5.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 2. Security Deposit with Landlord - $1000.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. Miscellaneous household goods | 1,000.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 4. Books and pictures | 100.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 5. Wearing apparel | 300.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 6. Law suit | 100,000.00 | 90,000.00 | | 90,000.00 | 0.00 | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.74 | Unknown | 0.00 | 0.00 |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $101,405.00 | $90,000.00 | | $90,000.74 | $0.00 | $0.00 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

October 25, 2010, 11:43 a.m.  Arbitration award of $100,000.  Funds in trust account pending Court authorizaton to

disburse funds to plaintiff's attorney.

RE PROP# 1---National City

RE PROP# 3---Sofa, Loveseat, Entertainment Center, 3 Television Sets, DVD Player, End Tables, Dining Set, Microwave,

   Vacuum, Coffee Maker, 2 Bedroom Sets, Computer, Stereo, Lamps, and Hand Tools

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit A

| | | |
|---|---|---|
| Case No: | 08-19442    Judge: EUGENE R. WEDOFF | Trustee Name:   RONALD R. PETERSON |
| Case Name: | SCOTT, JULIE K | Date Filed (f) or Converted (c):   07/29/08 (f) |
| | | 341(a) Meeting Date:   09/02/08 |
| | | Claims Bar Date:   12/08/08 |

Initial Projected Date of Final Report (TFR): 09/05/08        Current Projected Date of Final Report (TFR): 03/31/12

_____  Date: _____
RONALD R. PETERSON

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   1

Exhibit B

| | |
|---|---|
| Case No: | 08-19442  -ERW |
| Case Name: | SCOTT, JULIE K |
| Taxpayer ID No: | *******7856 |
| For Period Ending: | 07/07/11 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9218  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/15/11 | 6 | Walter J Alvarez , P.C.<br>Trust Account<br>1524 W. 96th Ave<br>Crown Point, Indiana 46307 | | | 52,784.31 | | 52,784.31 |
| | | | Memo Amount:          90,000.00 | 1142-002 | | | |
| | | | Personal injury settlement proceeds | | | | |
| | | WALTER J. ALVAREZ, P.C. | Memo Amount:     (      30,000.00 ) | 3210-002 | | | |
| | | | Attorney's Fees | | | | |
| | | | Memo Amount:     (        1,665.69 ) | 3220-002 | | | |
| | | | Attorney's Expense and Advances | | | | |
| | | | Memo Amount:     (        2,250.00 ) | 3992-002 | | | |
| | | | Arbitration Fees | | | | |
| | | | Memo Amount:     (        3,300.00 ) | 4220-002 | | | |
| | | | Medwest Pysical Therapy | | | | |
| 04/19/11 | | Transfer to Acct #*******9221 | Bank Funds Transfer | 9999-000 | | 15,000.00 | 37,784.31 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.11 | | 37,784.42 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.32 | | 37,784.74 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.31 | | 37,785.05 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 90,000.00 | COLUMN TOTALS | 52,785.05 | 15,000.00 | 37,785.05 |
| Memo Allocation Disbursements: | 37,215.69 | Less: Bank Transfers/CD's | 0.00 | 15,000.00 | |
| | | Subtotal | 52,785.05 | 0.00 | |
| Memo Allocation Net: | 52,784.31 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 52,785.05 | 0.00 | |

Page Subtotals          52,785.05          15,000.00

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| | |
|---|---|
| Case No: | 08-19442  -ERW |
| Case Name: | SCOTT, JULIE K |
| | |
| Taxpayer ID No: | *******7856 |
| For Period Ending: | 07/07/11 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9221  BofA - Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/19/11 | | Transfer from Acct #*******9218 | Bank Funds Transfer | 9999-000 | 15,000.00 | | 15,000.00 |
| 04/19/11 | 003001 | Julia K. Scott | Exemption | 8100-002 | | 15,000.00 | 0.00 |
| | | 7645 W. Belmont Ave | Personal Injury Exemption | | | | |
| | | rear West APT | | | | | |
| | | Elmwood Park, Il 60707 | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | | COLUMN TOTALS | 15,000.00 | 15,000.00 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | | Less:  Bank Transfers/CD's | 15,000.00 | 0.00 | |
| | | | Subtotal | 0.00 | 15,000.00 | |
| Memo Allocation Net: | 0.00 | | Less:  Payments to Debtors | | 15,000.00 | |
| | | | Net | 0.00 | 0.00 | |

| | | | | NET | ACCOUNT |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 90,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 37,215.69 | Money Market Account (Interest Earn - *******9218 | 52,785.05 | 0.00 | 37,785.05 |
| | | BofA - Checking Account - *******9221 | 0.00 | 0.00 | 0.00 |
| Total Memo Allocation Net: | 52,784.31 | | ----------------------- | ----------------------- | ----------------------- |
| | | | 52,785.05 | 0.00 | 37,785.05 |
| | | | ============== | ============== | ============== |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          15,000.00          15,000.00

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| | | | | | | |
|---|---|---|---|---|---|---|
| Case Number: | 08-19442 | | **Page 1** | | | Date: July 07, 2011 |
| Debtor Name: | SCOTT, JULIE K | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000001<br>070<br>7100-00 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany OH 43054-3025 | Unsecured | Filed 09/16/08 | $0.00 | $7,696.62 | $7,696.62 |
| 000002<br>070<br>7100-00 | Pronger Smith Medical Care<br>PO Box 789<br>Tinley Park, IL 60477 | Unsecured | Filed 09/22/08 | $0.00 | $39.00 | $39.00 |
| 000003<br>070<br>7100-00 | Midwest Physical Therapy<br>500 Park Blvd<br>LL80C<br>Itasca, IL 60143 | Unsecured | Filed 09/26/08 | $0.00 | $4,394.00 | $4,394.00 |
| 000004<br>070<br>7100-00 | CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Unsecured | Filed 09/29/08 | $0.00 | $653.80 | $653.80 |
| 000005<br>070<br>7100-00 | Chase Bank USA,N.A.<br>Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374 | Unsecured | Filed 09/30/08 | $0.00 | $1,986.12 | $1,986.12 |
| 000006<br>070<br>7100-00 | CAPITAL ONE BANK (USA), N.A.<br>C/O TSYS DEBT MANAGEMENT<br>(TDM)<br>PO BOX 5155<br>NORCROSS, GA 30091 | Unsecured | Filed 10/01/08 | $0.00 | $3,688.12 | $3,688.12 |
| 000007<br>070<br>7100-00 | Asset Acceptance LLC/Assignee<br>Citibank<br>PO Box 2036<br>Warren MI 48090 | Unsecured | Filed 10/16/08 | $0.00 | $12,306.15 | $12,306.15 |
| 000008<br>070<br>7100-00 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | Filed 10/29/08 | $0.00 | $2,491.27 | $2,491.27 |
| 000009<br>070<br>7100-00 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | Filed 10/29/08 | $0.00 | $1,343.38 | $1,343.38 |
| 000010<br>070<br>7100-00 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | Filed 10/29/08 | $0.00 | $908.00 | $908.00 |
| 000011<br>070<br>7100-00 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | Filed 10/29/08 | $0.00 | $696.52 | $696.52 |

EXHIBIT C

ANALYSIS OF CLAIMS REGISTER

| | | | | | | |
|---|---|---|---|---|---|---|
| Case Number: | 08-19442 | | Page 2 | | | Date: July 07, 2011 |
| Debtor Name: | SCOTT, JULIE K | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $0.00 | $36,202.98 | $36,202.98 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-19442 ERW
Case Name: SCOTT, JULIE K
Trustee Name: RONALD R. PETERSON

Balance on hand                                          $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ | $ | $ |
| Trustee Expenses: RONALD R. PETERSON | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses        $_____

Remaining Balance                                          $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $              have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be          percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank/DFS Services LLC PO Box 3025 New Albany OH 43054-3025 | $ | $ | $ |
| 000002 | Pronger Smith Medical Care PO Box 789 Tinley Park, IL 60477 | $ | $ | $ |
| 000003 | Midwest Physical Therapy 500 Park Blvd LL80C Itasca, IL 60143 | $ | $ | $ |
| 000004 | CHASE BANK USA, NA PO BOX 15145 WILMINGTON, DE 19850-5145 | $ | $ | $ |
| 000005 | Chase Bank USA,N.A. Creditors Bankruptcy Service P O Box 740933 Dallas, TX 75374 | $ | $ | $ |
| 000006 | CAPITAL ONE BANK (USA), N.A. C/O TSYS DEBT MANAGEMENT (TDM) PO BOX 5155 NORCROSS, GA 30091 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | Asset Acceptance LLC/Assignee Citibank PO Box 2036 Warren MI 48090 | $ | $ | $ |
| 000008 | LVNV Funding LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | $ | $ | $ |
| 000009 | LVNV Funding LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | $ | $ | $ |
| 000010 | LVNV Funding LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | $ | $ | $ |
| 000011 | LVNV Funding LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | $ | $ | $ |

Total to be paid to timely general unsecured creditors      $_____

Remaining Balance      $_____


Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE