**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SCOTT, JULIE K | § | Case No. 08-19442 ERW |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   CLERK OF THE U.S. BANKRUPTCY COURT
   KENNETH S. GARDNER
   219 S. Dearborn St.
   Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 08/17/2011 in Courtroom 744,
   UNITED STATES BANKRUPTCY COURT
   219 S. Dearborn St.
   Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/15/2011             By: UNITED STATES BANKRUPTCY
                                           COURT
                                                       Clerk

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
SCOTT, JULIE K § Case No. 08-19442 ERW
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 90,000.74 |
| and approved disbursements of | $ | 52,215.69 |
| leaving a balance on hand of[1] | $ | 37,785.05 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ 7,000.04 | $ 0.00 | $ 7,000.04 |
| Trustee Expenses: RONALD R. PETERSON | $ 516.25 | $ 0.00 | $ 516.25 |
| Total to be paid for chapter 7 administrative expenses | | $ | 7,516.29 |
| Remaining Balance | | $ | 30,268.76 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 36,202.98  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 83.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany OH 43054-3025 | $ 7,696.62 | $ 0.00 | $ 6,435.03 |
| 000002 | Pronger Smith Medical Care<br>PO Box 789<br>Tinley Park, IL 60477 | $ 39.00 | $ 0.00 | $ 32.61 |
| 000003 | Midwest Physical Therapy<br>500 Park Blvd<br>LL80C<br>Itasca, IL 60143 | $ 4,394.00 | $ 0.00 | $ 3,673.76 |
| 000004 | CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | $ 653.80 | $ 0.00 | $ 546.63 |
| 000005 | Chase Bank USA,N.A.<br>Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374 | $ 1,986.12 | $ 0.00 | $ 1,660.56 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | CAPITAL ONE BANK (USA), N.A. C/O TSYS DEBT MANAGEMENT (TDM) PO BOX 5155 NORCROSS, GA 30091 | $ 3,688.12 | $ 0.00 | $ 3,083.58 |
| 000007 | Asset Acceptance LLC/Assignee Citibank PO Box 2036 Warren MI 48090 | $ 12,306.15 | $ 0.00 | $ 10,288.98 |
| 000008 | LVNV Funding LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | $ 2,491.27 | $ 0.00 | $ 2,082.91 |
| 000009 | LVNV Funding LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | $ 1,343.38 | $ 0.00 | $ 1,123.18 |
| 000010 | LVNV Funding LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | $ 908.00 | $ 0.00 | $ 759.17 |
| 000011 | LVNV Funding LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | $ 696.52 | $ 0.00 | $ 582.35 |

Total to be paid to timely general unsecured creditors    $    30,268.76

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Ronald R. Peterson
Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Julie K Scott
    Debtor

Case No. 08-19442-ERW
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1    User: kseldon    Page 1 of 2    Date Rcvd: Jul 15, 2011
                Form ID: pdf006    Total Noticed: 63

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2011.

```
db         +Julie K Scott,    7645 W. Belmont Ave.,    Rear West Apt.,    Elmwood Park, IL 60707-1118
aty        +Alfredo J Garcia,    Ledford & Wu,    200 South Michigan Avenue,    Suite 209,
             Chicago, IL 60604-2406
tr         +Ronald R Peterson,    Jenner & Block LLP,    353 N. Clark Street,    Chicago, IL 60654-5474
12457679   +Advanced Radiology, SC,    615 Valley View Drive,    Suite 202,    Moline, IL 61265-6180
12457680   +Allied Delta,    13111 West Heimer,    Houston, TX 77077-5546
12457684   +Associated Recovery Systems,    PO Box 469046,    Escondido, CA 92046-9046
12457685   +Baker, Miller, Markoff, Krasny,    29 N. Wacker Drive,    5th Floor,    Chicago, IL 60606-2851
12457686   +Blatt, Hasenmiller, Leibsker et al,    125 S. Wacker Drive, Suite 400,    Chicago, IL 60606-4440
12666831  ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court:   CAPITAL ONE BANK (USA), N.A.,    C/O TSYS DEBT MANAGEMENT (TDM),
               PO BOX 5155,    NORCROSS, GA   30091)
12457687  ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court:   Cap One,    Attn: C/O TSYS Debt Management,    Po Box 5155,
               Norcross, GA 30091)
12656228   +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121-3132
14361623    CHASE BANK USA, NA,    PO BOX 15145,    WILMINGTON, DE  19850-5145
12457689   +Central DuPage Hospital,    25 N. Winfield Rd.,    Winfield, IL 60190-1295
12457690    Chase,    PO Box 15153,    Wilmington, DE 19850-5153
12662610   +Chase Bank USA,N.A.,    Creditors Bankruptcy Service,    P O Box 740933,    Dallas, TX 75374-0933
12457691   +Chase-pier1,    Attn: Recovery,    Po Box 100018,    Kennesaw, GA 30156-9204
12457692   +Circuit Court of Cook County,    50 W. Washington, Room 1005,    NSF Department,
             Chicago, IL 60602-1464
12457693   +Citibank,    Citicorp Credit Services, Inc.,    7920 NW 110th Street,    Kansas City, MO 64153-1270
12457694    Clerk of the Circuit Court,    Richard J. Daley Center,    NSF Dept.. Room 1005,
             Chicago, IL 60602
12457697   +Dsnb Macys,    Attn: Bankruptcy,    6356 Corley Rd,    Norcross, GA 30071-1704
12457699   +FMS Inc.,    PO Box 707600,    Tulsa, OK 74170-7600
12457700   +Gottlieb Memorial Hospital,    701 W. North Ave.,    Melrose Park, IL 60160-1699
12457702   +Innovative Outpatient Medical Syste,    18425 W. Creek Ave.,    Tinley Park, IL 60477-6767
12457705   +LTD Financial Goods or Services,    7322 SW Freeway, Ste. 1600,    Houston, TX 77074-2053
12457704   +Lou Harris Company,    613 Academy Dr,    Northbrook, IL 60062-2420
12457707   +Midwest Physical Therapy,    500 Park Blvd,  LL80C,    Itasca, IL 60143-3121
12457709   +MiraMed Revenue Group, LLC,    PO Box 536,    Linden, MI 48451-0536
12457710   +Orthopedic Specialists, SC,    P.O. Box 2005,    Carol Stream, IL 60132-0001
12457711   +Palos Community Hospital,    1717 Central St.,    Evanston, IL 60201-1507
12457712   +Palos Community Hospital,    12251 South 80th Ave.,    Palos Heights, IL 60463-0930
12457713   +Palos Emergency Medical Services,    9944 S. Roberts Rd., Ste. 204,    Palos Hills, IL 60465-1558
12457714   +Palos Heights Fire Protection Distr,    12300 South Harlem,    Palos Heights, IL 60463-1425
12457715   +Powers & Moon, LLC,    707 Lake Cook Road,    Suite 102,    Deerfield, IL 60015-4909
12457716   +Pronger Smith Medical Care,    PO Box 789,    Tinley Park, IL 60477-0789
12457717   +Quad Corporation,    PO Box 2020,    Davenport, IA 52809-2020
12457718   +Radiology and Nuclear Cons,    7808 College Dr. 1SE,    Palos Heights, IL 60463-1095
12457719   +Redline Recovery,    2350 N. Forest Rd., #313,    Getzville, NY 14068-1296
12457722   +Sears/cbsd,    Po Box 20363,    Kansas City, MO 64195-0363
12457723   +St. Francis Hospital,    12935 S. Gregory St.,    Blue Island, IL 60406-2470
12457724   +St. Francis Hospital & Health Cente,    PO Box 2102,    Bedford Park, IL 60499-2102
12457725   +Susan C. Balverde, MDSC,    675 W. North Ave.,    Suite 410,    Melrose Park, IL 60160-1626
12457726   +Target Nb,    3701 Wayzata Blvd,    Minneapolis, MN 55416-3400
12457727   +The Albert Law Firm,    205 W. Randolph St., Suite 920,    Chicago, IL 60606-1814
12457728    The Home Depot / CBSD,    PO Box 6003,    Hagerstown, MD 21747
12457729   +Trinity Iowa Health System,    PO Box 9391,    Des Moines, IA 50306-9391
12457731  ++VON MAUR INC,    6565 BRADY STREET,    DAVENPORT IA 52806-2054
             (address filed with court:   Von Maur,    Attn: Credit Dept,    6565 Brady,    Davenport, IA 52806)
12457730   +Van Ru Credit Corporation,    1350 E. Touhy Avenue, Suite 100E,    Des Plaines, IL 60018-3337
12457734    Walgreens,    7645 W. Belmont,    Tinley Park, IL 60477
12457732   +Walgreens,    PO Box 4039,    Danville, IL 61834-4039
12457733    Walgreens,    16271 Lakewood,    Tinley Park, IL 60477
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
12457682    E-mail/PDF: cbp@slfs.com Jul 16 2011 00:10:46     American General Finan,    Po Box 3251,
             Evansville, IN 47731
12457683   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 15 2011 23:00:00     Asset Acceptance LLC,
             PO Box 2036,    Warren, MI 48090-2036
12719596   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 15 2011 23:00:00
             Asset Acceptance LLC/Assignee Citibank,    PO Box 2036,    Warren MI 48090-2036
12457688   +E-mail/Text: cms-bk@cms-collect.com Jul 15 2011 23:02:35     Capital Management,
             726 Exchange Street,    Buffalo, NY 14210-1494
12457695   +E-mail/Text: bankruptcy@commercebank.com Jul 15 2011 23:03:30     Commerce Bk,    911 Main St,
             Kansas City, MO 64105-2009
12612606    E-mail/PDF: mrdiscen@discoverfinancial.com Jul 16 2011 00:11:09
             Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany OH 43054-3025
```

```
District/off: 0752-1           User: kseldon              Page 2 of 2                Date Rcvd: Jul 15, 2011
                               Form ID: pdf006            Total Noticed: 63

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
12457696     +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 16 2011 00:11:09      Discover Financial,
               Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
12457698      E-mail/Text: data_processing@fin-rec.com Jul 15 2011 23:02:34      Financial Recovery Services,
               PO Box 385908,    Minneapolis, MN 55438-5908
12457701      E-mail/Text: skramer@heartcc.com Jul 15 2011 23:00:32      Heart Care Centers of IL. SC,
               PO Box 766,    Bedford Park, IL 60499-0766
12457703     +E-mail/PDF: cr-bankruptcy@kohls.com Jul 16 2011 00:14:30       Kohls,   Attn: Recovery,
               Po Box 3120,    Milwaukee, WI 53201-3120
12457706     +E-mail/Text: resurgentbknotifications@resurgent.com Jul 15 2011 22:59:26       LVNV Funding,
               PO Box 10585,    Greenville, SC 29603-0585
12764624      E-mail/Text: resurgentbknotifications@resurgent.com Jul 15 2011 22:59:26       LVNV Funding LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12457721     +E-mail/Text: resurgentbknotifications@resurgent.com Jul 15 2011 22:59:26
               Resurgent Capital Service/Sherman Acquis,     Attention: Bankruptcy Department,   Po Box 10587,
               Greenville, SC 29603-0587
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12457681    ##Alpine Capital Investments LLC,    303 E. Wacker Drive, Suite 2750,    Chicago, IL 60601-5202
12457708    ##+MIMIT PC,    PO Box 2368,   Mount Vernon, IL 62864-0046
12457720    ##+Redline Recovery Services, LLC,    1145 Sanctuary PKWY,    Suite 350,   Alpharetta, GA 30009-4756
                                                                                     TOTALS: 0, * 0, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 17, 2011**                    **Signature:**        *Joseph Speetjens*