UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
SCOTT, JULIE K § Case No. 08-19442 ERW
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   (see **Exhibit 2**), yielded net receipts of $   from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By:/s/RONALD R. PETERSON_____
                                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Julia K. Scott |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Medwest Pysical Therapy |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD R. PETERSON | | | | | |
| RON PETERSON | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| WALTER J. ALVAREZ, P.C. | | | | | |
| Attorney's Expense and Advances | | | | | |
| Arbitration Fees | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | ASSET ACCEPTANCE LLC/ASSIGNEE CITIB | | | | | |
| 000006 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000004 | CHASE BANK USA, NA | | | | | |
| 000005 | CHASE BANK USA,N.A. | | | | | |
| 000001 | DISCOVER BANK/DFS SERVICES LLC | | | | | |
| 000008 | LVNV FUNDING LLC | | | | | |
| 000009 | LVNV FUNDING LLC | | | | | |
| 000010 | LVNV FUNDING LLC | | | | | |
| 000011 | LVNV FUNDING LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | MIDWEST PHYSICAL THERAPY | | | | | |
| 000002 | PRONGER SMITH MEDICAL CARE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 08-19442 | Judge: EUGENE R. WEDOFF | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | SCOTT, JULIE K | | | Date Filed (f) or Converted (c): | 07/29/08 (f) |
| | | | | 341(a) Meeting Date: | 09/02/08 |
| For Period Ending: | 09/19/12 | | | Claims Bar Date: | 12/08/08 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Checking account | 5.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 2. Security Deposit with Landlord - $1000.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. Miscellaneous household goods | 1,000.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 4. Books and pictures | 100.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 5. Wearing apparel | 300.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 6. Law suit | 100,000.00 | 90,000.00 | | 90,000.00 | 0.00 | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.23 | Unknown | 0.00 | 0.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $101,405.00    $90,000.00    $90,001.23    $0.00    $0.00    $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

January 30, 2012, 12:00 pm. TFR filed 7/14/11, but had to make a post-TFR amendment when a credior reported that the Debtor had paid it. All that is left to do is to file the TDR.

October 25, 2010, 11:43 a.m. Arbitration award of $100,000. Funds in trust account pending Court authorizaton to disburse funds to plaintiff's attorney.

RE PROP# 1---National City

LFORM1EX

UST Form 101-7-TDR (5/1/2011) (Page: 7)

Ver: 16.06f

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |
|---|---|
| Case No: 08-19442 Judge: EUGENE R. WEDOFF | Trustee Name: RONALD R. PETERSON |
| Case Name: SCOTT, JULIE K | Date Filed (f) or Converted (c): 07/29/08 (f) |
| | 341(a) Meeting Date: 09/02/08 |
| | Claims Bar Date: 12/08/08 |

RE PROP# 3---Sofa, Loveseat, Entertainment Center, 3 Television Sets, DVD Player, End Tables, Dining Set, Microwave,
Vacuum, Coffee Maker, 2 Bedroom Sets, Computer, Stereo, Lamps, and Hand Tools

Initial Projected Date of Final Report (TFR): 09/05/08      Current Projected Date of Final Report (TFR): 03/31/12

_____  Date: _____
RONALD R. PETERSON

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 08-19442 -ERW | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | SCOTT, JULIE K | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******8273  Checking Account |
| Taxpayer ID No: | *******7856 | | | |
| For Period Ending: | 09/19/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 0.00 | 0.00 | 0.00 |
| | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 0.00 | |

Page Subtotals    0.00    0.00

Ver: 16.06f

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-19442 -ERW | Trustee Name: | RONALD R. PETERSON |
| Case Name: | SCOTT, JULIE K | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9218  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7856 | | |
| For Period Ending: | 09/19/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/15/11 | 6 | Walter J Alvarez , P.C.<br>Trust Account<br>1524 W. 96th Ave<br>Crown Point, Indiana 46307 | | | 52,784.31 | | 52,784.31 |
| | | | Memo Amount:       90,000.00<br>Personal injury settlement proceeds | 1142-002 | | | |
| | | WALTER J. ALVAREZ, P.C. | Memo Amount:     ( 30,000.00 )<br>Attorney's Fees | 3210-002 | | | |
| | | | Memo Amount:     ( 1,665.69 )<br>Attorney's Expense and Advances | 3220-002 | | | |
| | | | Memo Amount:     ( 2,250.00 )<br>Arbitration Fees | 3992-002 | | | |
| | | | Memo Amount:     ( 3,300.00 )<br>Medwest Pysical Therapy | 4220-002 | | | |
| 04/19/11 | | Transfer to Acct #*******9221 | Bank Funds Transfer | 9999-000 | | 15,000.00 | 37,784.31 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.11 | | 37,784.42 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.32 | | 37,784.74 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.31 | | 37,785.05 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.32 | | 37,785.37 |
| 08/17/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.17 | | 37,785.54 |
| 08/17/11 | | Transfer to Acct #*******9221 | Final Posting Transfer | 9999-000 | | 37,785.54 | 0.00 |

Page Subtotals       52,785.54       52,785.54

Ver: 16.06f

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 08-19442 -ERW |
| Case Name: | SCOTT, JULIE K |
| Taxpayer ID No: | *******7856 |
| For Period Ending: | 09/19/12 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9218  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memo Allocation Receipts: 90,000.00 | COLUMN TOTALS | | 52,785.54 | 52,785.54 | 0.00 |
| | | Memo Allocation Disbursements: 37,215.69 | Less: Bank Transfers/CD's | | 0.00 | 52,785.54 | |
| | | | Subtotal | | 52,785.54 | 0.00 | |
| | | Memo Allocation Net: 52,784.31 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 52,785.54 | 0.00 | |

Page Subtotals     0.00     0.00

Ver: 16.06f

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-19442 -ERW | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|
| Case Name: | SCOTT, JULIE K | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9221  BofA - Checking Account |
| Taxpayer ID No: | *******7856 | | |
| For Period Ending: | 09/19/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/19/11 | | Transfer from Acct #*******9218 | Bank Funds Transfer | 9999-000 | 15,000.00 | | 15,000.00 |
| 04/19/11 | 003001 | Julia K. Scott<br>7645 W. Belmont Ave<br>rear West APT<br>Elmwood Park, Il 60707 | Exemption<br>Personal Injury Exemption | 8100-002 | | 15,000.00 | 0.00 |
| 08/17/11 | | Transfer from Acct #*******9218 | Transfer In From MMA Account | 9999-000 | 37,785.54 | | 37,785.54 |
| 08/17/11 | 003002 | Ronald R. Peterson<br>Jenner & Block LLP<br>353 North ClarkStreet<br>Chicago, Illinois 60654-3456 | Final distribution | 2100-000 | | 7,000.06 | 30,785.48 |
| 08/17/11 | 003003 | Ron Peterson<br>Jenner & Block LLP<br>353 North Clark Street<br>Chicago, Illinois 06054-3456 | Final distribution | 2200-000 | | 516.25 | 30,269.23 |
| 08/17/11 | 003004 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany OH 43054-3025 | Final distribution | 7100-000 | | 6,435.13 | 23,834.10 |
| 08/17/11 | 003005 | Pronger Smith Medical Care<br>PO Box 789<br>Tinley Park, IL 60477 | Final distribution | 7100-000 | | 32.61 | 23,801.49 |
| * 08/17/11 | 003006 | Midwest Physical Therapy<br>500 Park Blvd<br>LL80C<br>Itasca, IL 60143 | Final distribution | 7100-004 | | 3,673.81 | 20,127.68 |
| 08/17/11 | 003007 | CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Final distribution | 7100-000 | | 546.64 | 19,581.04 |
| 08/17/11 | 003008 | Chase Bank USA,N.A.<br>Creditors Bankruptcy Service | Final distribution | 7100-000 | | 1,660.59 | 17,920.45 |
| | | | Page Subtotals | | 52,785.54 | 34,865.09 | |

Ver: 16.06f

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 12)

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-19442 -ERW | | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | SCOTT, JULIE K | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9221  BofA - Checking Account |
| Taxpayer ID No: | *******7856 | | | |
| For Period Ending: | 09/19/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/17/11 | 003009 | P O Box 740933<br>Dallas, TX 75374<br>CAPITAL ONE BANK (USA), N.A. | Final distribution | 7100-000 | | 3,083.63 | 14,836.82 |
| 08/17/11 | 003010 | C/O TSYS DEBT MANAGEMENT (TDM)<br>PO BOX 5155<br>NORCROSS, GA 30091<br>Asset Acceptance LLC/Assignee Citibank<br>PO Box 2036<br>Warren MI 48090 | Final distribution | 7100-000 | | 10,289.14 | 4,547.68 |
| 08/17/11 | 003011 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Final distribution | 7100-000 | | 2,082.95 | 2,464.73 |
| 08/17/11 | 003012 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Final distribution | 7100-000 | | 1,123.20 | 1,341.53 |
| 08/17/11 | 003013 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Final distribution | 7100-000 | | 759.18 | 582.35 |
| 08/17/11 | 003014 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | | 7100-000 | | 582.35 | 0.00 |
| * 09/01/11 | 003006 | Midwest Physical Therapy<br>500 Park Blvd<br>LL80C<br>Itasca, IL 60143 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -3,673.81 | 3,673.81 |
| * 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-003 | | 4.68 | 3,669.13 |

Page Subtotals    0.00    14,251.32

Ver: 16.06f

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-19442 -ERW | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | SCOTT, JULIE K | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9221  BofA - Checking Account |
| Taxpayer ID No: | *******7856 | | | |
| For Period Ending: | 09/19/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/02/11 | 003015 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany OH 43054-3025 | Supplemental Distribution | 7100-000 | | 687.61 | 2,981.52 |
| 11/02/11 | 003016 | Pronger Smith Medical Care<br>PO Box 789<br>Tinley Park, IL 60477 | Supplemental Distribution | 7100-000 | | 3.48 | 2,978.04 |
| 11/02/11 | 003017 | Midwest Physical Therapy<br>500 Park Blvd<br>LL80C<br>Itasca, IL 60143 | Supplemental Distribution | 7100-000 | | 827.34 | 2,150.70 |
| 11/02/11 | 003018 | CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Supplemental Distribution | 7100-000 | | 58.41 | 2,092.29 |
| 11/02/11 | 003019 | Chase Bank USA,N.A.<br>Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374 | Supplemental Distributioin | 7100-000 | | 177.44 | 1,914.85 |
| 11/02/11 | 003020 | CAPITAL ONE BANK (USA), N.A.<br>C/O TSYS DEBT MANAGEMENT (TDM)<br>PO BOX 5155<br>NORCROSS, GA 30091 | Supplemental Distribution | 7100-000 | | 329.50 | 1,585.35 |
| 11/02/11 | 003021 | Asset Acceptance LLC/Assignee Citibank<br>PO Box 2036<br>Warren MI 48090 | Supplemental Distribution | 7100-000 | | 1,099.43 | 485.92 |
| 11/02/11 | 003022 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Supplemental Distribution | 7100-000 | | 222.56 | 263.36 |
| 11/02/11 | 003023 | LVNV Funding LLC<br>Resurgent Capital Services | Supplemental Distribution | 7100-000 | | 120.01 | 143.35 |
| | | | Page Subtotals | | 0.00 | 3,525.78 | |

Ver: 16.06f

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

Page: 7

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-19442 -ERW | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | SCOTT, JULIE K | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9221 BofA - Checking Account |
| Taxpayer ID No: | *******7856 | | | |
| For Period Ending: | 09/19/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/02/11 | 003024 | PO Box 10587<br>Greenville, SC 29603-0587<br>LVNV Funding LLC<br>Resurgent Capital Services | Supplemental Distribution | 7100-000 | | 81.12 | 62.23 |
| 11/02/11 | 003025 | PO Box 10587<br>Greenville, SC 29603-0587<br>LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | | 7100-000 | | 62.23 | 0.00 |
| 11/04/11 | | Bank of America | Bank Serial #: 000000 | 2600-000 | 4.68 | | 4.68 |
| * 11/09/11 | | Reverses Adjustment OUT on 10/31/11 | BANK SERVICE FEE<br>Mark told me to void this charge | 2600-003 | | -4.68 | 9.36 |
| 09/17/12 | | Bank of America | | 2600-000 | | 9.36 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 52,790.22 | 52,790.22 | 0.00 |
| | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 52,785.54 | 0.00 | |
| | | | Subtotal | 4.68 | 52,790.22 | |
| | Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 15,000.00 | |
| | | | Net | 4.68 | 37,790.22 | |

| | | | | NET | ACCOUNT |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 90,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 37,215.69 | Checking Account - ********8273 | 0.00 | 0.00 | 0.00 |
| | | Money Market Account (Interest Earn - ********9218 | 52,785.54 | 0.00 | 0.00 |
| Total Memo Allocation Net: | 52,784.31 | BofA - Checking Account - ********9221 | 4.68 | 37,790.22 | 0.00 |
| | | | 52,790.22 | 37,790.22 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          4.68          148.03

Ver: 16.06f

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 15)

FORM 2

Page: 8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-19442 -ERW | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | SCOTT, JULIE K | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9221 BofA - Checking Account |
| Taxpayer ID No: | *******7856 | | | |
| For Period Ending: | 09/19/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account - ********8273
Money Market Account (Interest Earn - ********9218
BofA - Checking Account - ********9221

Page Subtotals     0.00     0.00

Ver: 16.06f

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*